# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>**Deante Hunt**<br><br>*Defendant(s)* | Case No. 4:24-mj-71002-MAG<br><br>***REDACTED*** |

FILED
Jul 01 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 31, 2024__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Robbery affecting interstate commerce<br><br>Maximum penalties:<br>20 years imprisonment; $250,000 fine; 3 years supervised release; restitution; $100 special assessment; forfeiture |

This criminal complaint is based on these facts:
See attached affidavit of Federal Bureau of Investigation Special Agent Jason Brissey

☑ Continued on the attached sheet.

Approved as to form: */s/ Jonah P. Ross*
AUSA JONAH P. ROSS

*/s/ Jason Brissey*
*Complainant's signature*

Jason Brissey, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 1, 2024

*Kandis Westmore*
*Judge's signature*

City and state: Oakland, California

Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason Brissey, Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Deante HUNT ("HUNT") for robbery affecting interstate commerce in violation of Title 18, United States Code, Section 1951, occurring on or about January 31, 2024, in the Northern District of California.

### SOURCES OF INFORMATION

2. This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that a violation of the federal law identified above has occurred. Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

3. I have based my statements in this affidavit on my training and experience as a Federal Bureau of Investigation Special Agent, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by other agents and law enforcement officers, information provided by reports of other law enforcement officers, information provided by photographic evidence, and information provided by records and databases. I believe these sources to be reliable. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

## AFFIANT BACKGROUND

4. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since November of 2006. Currently I am assigned to the Violent Crimes and Major Offender Squad at the Oakland Resident Agency, San Francisco Field Office.

5. As part of my training to become a Special Agent, I received approximately 16 weeks of instruction at the FBI Academy. Since graduating from the Academy, I have received further training regarding federal and state laws and investigative techniques relating to criminal street gangs, criminal enterprises, human intelligence, wire, electronic, and physical surveillance, cold case investigations, narcotics trafficking investigations, human trafficking investigations, and firearms investigations.

6. I am currently assigned to a squad that investigates violent crime in the Bay Area and in particular Alameda County. During my career as an FBI Special Agent, I have participated in various violent crime investigations including narcotics trafficking, firearms-related offenses, murder for hire, fugitive, robbery, child exploitation, and gang investigations. During these investigations, I have utilized, or participated in investigations that utilized, various types of investigative techniques, including the use of confidential human sources, consensual recording, controlled purchases of firearms and narcotics; financial analysis, garbage searches, Global Positioning System tracking, investigative interviews, physical surveillance, records research, telephone toll analysis, and the service of Grand Jury subpoenas. I have participated in the execution of numerous state and federal arrest warrants and search warrants related to illegal activities involving commercial robberies that resulted in the seizure of cellular devices containing evidence of the robberies. My training and experience have given me an understanding of how people who commit violent offenses, including those who commit robberies, use the cellular devices, the Internet, and social media to facilitate and commit those offenses.

7. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the

authority of the United States.

## APPLICABLE STATUTES

8. The elements of Hobbs Act robbery (18 U.S.C. § 1951(a)) are as follows: (1) the defendant knowingly obtained money or property from or in the presence of the victim; (2) the defendant did so by force or fear; (3) the defendant believed that the victim parted with the money or property because of the robbery; and (4) the robbery affected interstate commerce.

## STATEMENT OF PROBABLE CAUSE

9. On January 31, 2024 and February 2, 2024, HUNT and an accomplice robbed two businesses in the Northern District of California. HUNT is identified as one of the robbers through a combination of Instagram chats with his accomplice in which the two discussed robberies, a photograph posted by HUNT to Instagram featuring a distinct purple-colored pistol used in the robberies, and distinct clothing worn by HUNT during the robberies and then later recovered by law enforcement at the time of HUNT's arrest.

### January 31, 2024 (11:40 a.m.) Armed Robbery at AM/PM in Castro Valley

10. At 11:40 a.m. on January 31, 2024, HUNT and a male accomplice (hereafter "J.W.") arrived in a silver Honda Accord with temporary white dealer plates outside the AM/PM located at the Arco gas station at 2770 Castro Valley Boulevard in Castro Valley, CA. HUNT—wearing a distinct black, red, and white sweatshirt, a black facemask, blue latex gloves, and black Nike slide-style sandals—exited the Honda's front passenger seat. They entered the AM/PM, where three store clerks were working. J.W. pulled out a pistol (which surveillance footage appeared to show had a purple lower, but the video was too grainy to see clearly) and racked the pistol's slide. The slide returned to its original forward position, indicating the pistol was loaded. J.W. held the gun against one store clerk while pushing him against the counter. (The clerk described the gun as a black pistol similar to the reporting officer's service weapon. The clerk also stated that the gun appeared to have an orange tip, but surveillance video shows no orange tip.)

11. At the same time, HUNT walked behind the counter and demanded that the other

clerks open the cash registers. They complied. J.W. also took $300 from one clerk's pocket.

12. J.W. forced the first clerk behind the counter and told him to get on the ground. HUNT and J.W. then stole $1,500 from the two cash registers and about 10 cartons of Marlboro cigarettes. HUNT and J.W. then returned to the silver Honda and fled. As HUNT attempted to enter the Honda, however, a black Nike slide-style sandal fell off his left foot and was left behind at the scene. Investigators later recovered the sandal.

13. Surveillance footage captured HUNT's and J.W.'s arrival in a Honda Accord, the robbery inside the AM/PM, and their departure in the Honda Accord.

14. At 11:40 a.m., HUNT and J.W. arrived in the silver Honda Accord. HUNT wore a distinct black, red, and white sweatshirt, a black facemask, blue latex gloves, and black Nike slide-style sandals:



15. After entering, J.W. grabbed one store clerk and held the pistol to his head. Although the video quality was low, it appeared to show a pistol consistent with the pistol with purple lower used by J.W. in the February 2, 2024 robbery at Taco Bell in Hayward (discussed

4

below):





16. While holding the pistol, J.W. shoved two store clerks to the floor as HUNT stole boxes of Marlboro brand cigarettes:



17. HUNT and J.W. took cash from both registers before fleeing in the silver Honda Accord:





18.     Following the robbery, as HUNT attempted to re-enter the Honda, the black Nike slide-style sandal from his left foot fell off and was left behind at the scene (and eventually recovered by investigators):





19.     On April 4, 2024, HUNT was arrested on an arrest warrant (issued by an Alameda County judge) at his residence in Concord, CA, and investigators then executed a search warrant

at the Concord residence and HUNT's other residence on 35th Street in Oakland. Among other relevant items, investigators found a black, red, and white sweatshirt that appeared identical to the sweatshirt worn by HUNT during the robbery, and—at the residence in Oakland—a black Nike slide-style sandal designed for the right foot. (No matching left-footed sandal was located.):

  

***HUNT's Instagram Account Included Conversations with J.W. Regarding the Robbery***

20. From reviewing the content of an Instagram account investigators had previously determined belonged to J.W., investigators located a conversation between J.W. and an Instagram account username "thetaedoenigga." The conversation began at 2:03 a.m. on January 31, 2024, and the two parties appeared to discuss a plan for later that morning:

8

"thetaedoenigga" (01/31/2024 @ 0203 hours)- "Wsp Brotber"

"j.wash_official" (01/31/2024 @ 0203 hours)- "What niggaz on let's pop out Strike Mode"

"thetaedoenigga" (01/31/2024 @ 0206 hours)- "What We On Brother YK Im On That Fashitsho We Just Surfing Or You Got Some Shit Up ?"

"thetaedoenigga" (01/31/2024 @ 0209 hours)- "What We Doing Foo Wya?"

"j.wash_official" (01/31/2024 @ 0212 hours)- "Both come grab me 2833 high st"

"thetaedoenigga" (01/31/2024 @ 0213 hours)- "Alright I'm Finna See If Lane Fw It Too Rq"

"j.wash_official" (01/31/2024 @ 0215 hours)- Washington sent an unknown attachment

"thetaedoenigga" (01/31/2024 @ 0217 hours)- "Brother Ready It's Good Lane Putting Laylay Back Yo Sleep Rn Brother I'm Finna Slap These Dealer Plates On There & Come Get You Stay Up Nigga"

"j.wash_official" (01/31/2024 @ 0217 hours)- "It's good"

"j.wash_official" (01/31/2024 @ 0218 hours)- "I got something for us at 5:45am on gotta be ready"""

"thetaedoenigga" (01/31/2024 @ 0218 hours)- "Liked a message"

"j.wash_official" (01/31/2024 @ 0219 hours)- "Grab me from 2833 high st at 5;45 it's up"

"j.wash_official" (01/31/2024 @ 0219 hours)- "3 hours"

"thetaedoenigga" (01/31/2024 @ 0219 hours)- "Fashitsho I got you I got like 2 jiggas left im on that fasho brother"

"thetaedoenigga" (01/31/2024 @ 0219 hours)- "I got you brother it's green light"

21. At 9:16 p.m. that night, the account user behind "thetaedoenigga" wrote to J.W., "Im Swap Them Plates Out Tonight & Throw Sone Lil Stickers Or Some On It To Throw It Off From Them Two We Pulled Today… So We Won't Be As Hot In Same Exact Load." (It should be noted that J.W. is suspected of committing another armed robbery at 6:50 a.m.—before the robbery with HUNT—on January 31, 2024, at a gas station in Livermore, CA. HUNT is not a suspect in that robbery.) As noted below, HUNT and J.W. used a silver Honda Accord with temporary black paper plates to commit another robbery on February 2, 2024.

22. Investigators viewed the Instagram account for "thetaedoenigga," which was a public profile, and noted that it featured photographs of a male subject who appeared similar in

9

height, weight, and complexion to the unarmed suspect from the AM/PM robbery. In several of the photographs, the subject displayed a semiautomatic pistol. All five posts on the Instagram account featured the same male subject, later determined to be HUNT.

23.     Using the Cash App mobile application, investigators searched for a username similar to "thetaedoenigga" and located an account for "Deante Hunt" with the tag name "$TheTaedoeNigga." Through a criminal records check, investigators identified HUNT and noted that his age (26 years old), height (6'2") and weight (160 pounds) appeared consistent with the suspect from the AM/PM robbery.

### February 2, 2024 (7:04 a.m.) Armed Robbery at Taco Bell in Hayward

24.     At around 7:04 a.m. on February 2, 2024, HUNT and J.W. arrived at the Taco Bell restaurant located at 21600 Foothill Boulevard in Hayward, CA. J.W. exited from the driver's seat of a silver Honda Accord, and HUNT (wearing a black Champion brand hooded sweatshirt, Supreme brand facemask, grey sweatpants, and distinct white Nike sneakers with "AIR" stitched on the side in blue letters) exited from the front passenger seat. The Honda appeared identical to the vehicle used by HUNT and J.W. in the January 31, 2024 robbery, except the vehicle's temporary plates were now black in color. HUNT and J.W. entered the Taco Bell, where two employees were setting up for the day. J.W. approached one employee (Victim 1) and pressed a pistol with a purple lower against her back. J.W. ordered Victim 1 to go to the back of the restaurant, and, fearing for her safety, she complied. While forcing Victim 1 to the back, J.W. saw the other employee (Victim 2) and pointed the gun at her and ordered her to the back as well.

25.     After forcing both employees into the rear office, J.W. asked, "Where's the safe?" and ordered the employees to "disconnect everything" and to remove all the money from the safe. Victim 2 informed J.W. that the safe was in the front of the store. J.W. told HUNT to force Victim 2 to the front to open the safe. HUNT walked Victim 2 to the safe, and Victim 2 input her passcode to unlock the safe. HUNT placed the cash (approximately $1050 in mixed currency, including rolls of coins) into a bag. (Both victims recalled that HUNT also possessed a

pistol, but surveillance video indicates that he did not.)

26.     J.W. remained in the office with Victim 1 and asked for her cell phone and wallet, but she informed him they were locked up.  He then ordered her to take all valuables out of her backpack, and while she searched through her backpack, she felt the pistol pressed against her back.  J.W. then walked Victim 1 out of the office at gunpoint to where Victim 2 was taking money out of the safe.  J.W. then forced both victims back into the office and fled in the Honda Accord with HUNT at around 7:06:40 a.m.

27.     Surveillance video captured the incident, including HUNT's appearance and the pistol with purple lower brandished by J.W.

28.     HUNT and J.W. arrived in the silver Honda Accord with temporary paper plates with the word "Enterprise.":





29.  J.W. and HUNT forced the victims into the rear office.  J.W. held a pistol with purple lower:



30. HUNT—wearing the white Nike sneakers with blue lettering—forced Victim 2 to open the safe and then took cash:



31. J.W. then forced both victims back into the rear office before he and HUNT fled in the silver Honda Accord.

13

32.     During the execution of the search warrant at HUNT's Concord residence on April 4, 2024, investigators located white and blue Nike Air sneakers (consistent with those worn by HUNT during the February 2, 2024 robbery at Taco Bell) in HUNT's bedroom:

 

***After the Taco Bell Robbery, HUNT's Instagram Account Featured Photographs Depicting Evidence from the Robbery***

33.     On February 2, 2024 at 9:41 a.m., a photograph was posted to HUNT's Instagram account depicting a subject in the front passenger seat (the gear shift can be seen to the left of the subject) wearing shoes consistent with the sneakers worn by HUNT during the Taco Bell robbery and a pistol with a black slide and purple lower (consistent with the pistol used by J.W. during the robbery) to the left of the subject. Two twenty-dollar bills are also featured in the photograph:

14



34. At 10:50 a.m. that same day, a photograph was posted to HUNT's Instagram account depicting cash in various denominations and rolls of coins (consistent with the rolls of coins taken from the Taco Bell hours earlier):



35. On February 3, 2024 at 12:58 a.m., HUNT sent six videos to the Instagram

15

account associated with J.W. Five of the videos featured J.W., who carried a pistol with a black pistol with purple lower in his waistband:



36. One of the videos depicted HUNT's shoes (below, left), which are consistent with the white Nike Air sneakers he wore during the February 2, 2024 robbery (below, right), and which were later recovered at his Oakland residence:



███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████
██████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████
████████████████████████████████
████

***HUNT's Robbery of the AM/PM on January 31, 2024 Affected Interstate Commerce***

38. At the time of the robbery, the AM/PM located at the Arco gas station at 2770 Castro Valley Boulevard in Castro Valley, CA, sold Marlboro brand cigarettes, which are manufactured in Richmond, VA. Therefore, HUNT's conduct interfered with or affected interstate commerce.

//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

39. Based on the information above, I submit that there is probable cause to believe that on or about January 31, 2024, in the Northern District of California, HUNT committed Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951.

/s/ Jason S. Brissey
Jason S. Brissey
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 and 4(d) on this  1st  day of  July, 2024  .

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
U.S. Magistrate Judge